LAW OFFICES OF VERNON R. YANCY
3250 WILSHIRE BLVD
SUITE 1500
LOS ANGELES, CA 90010

# NOTICE OF INTENT TO PAY CLAIMS
## CLAIMS AND DISBURSEMENT REPORT AS OF NOVEMBER 23, 2016

You are hereby given notice that the Chapter 13 Trustee will immediately begin disbursing payments to your creditors and other parties in interest based on your confirmed chapter 13 plan and the order confirming the chapter 13 plan.  **The Trustee will pay those creditors who have filed a proof of claim or those secured and priority creditors who have been provided for in your confirmed plan.**

If you believe that a creditor has filed an inaccurate or duplicate proof of claim or you believe that a creditor should not have filed a proof of claim in your case, you must file an Objection to the Proof of Claim.  In order to properly prosecute an Objection to a Proof of Claim, please discuss the matter with your attorney.

### AS OF NOVEMBER 23, 2016, TOTAL DISBURSEMENTS PAID TO CREDITORS ARE $938.00

| Claim # | Acct # | Creditor | Claim Type | Scheduled Debt | Proof of Claim | Int. Rate | Principal Paid | Int.t Paid |
|---|---|---|---|---|---|---|---|---|
| DREF | | Donnicus L Cook | | | | | $0.00 | |
| ATTY | | LAW OFFICES OF VERNON R. YANCY | **ATTORNEY FEE** | $2,750.00 | $2,750.00 | | $0.00 | |
| 00001 | 2847'09- | INTERNAL REVENUE SERVICE Filed: 03/11/16 | **PRIORITY - TAXES** | $85,272.60 | $85,272.60 | | $0.00 | |
| 00024 | 2847'14 | FRANCHISE TAX BOARD Filed: 06/30/16 | **PRIORITY - TAXES** | $2,042.00 | $2,042.00 | | $0.00 | |
| 00020 | 2847'09 | INTERNAL REVENUE SERVICE Filed: 03/11/16 | **SECURED CLASS 3** | $7,301.96 | $7,301.96 | 3.00% | $0.00 | |
| 00003 | N/A | Elite Loan Servicing | **SECURED OMITTED CREDITOR** | $0.00 | $0.00 | | | |
| 00004 | 9335 | REGIONS MORTGAGE, INC Filed: 06/30/16 | **SECURED OMITTED CREDITOR** | $0.00 | $0.00 | | | |
| 00005 | 4726 | SANTANDER CONSUMER USA INC. Filed: 03/01/16 | **SECURED OMITTED CREDITOR** | $0.00 | $0.00 | | | |
| 00006 | 2847'09- | INTERNAL REVENUE SERVICE Filed: 03/11/16 | **UNSECURED** | $2,900.25 | $72.00 | | $0.00 | |
| 00007 | | Chase Bank USA | **UNSECURED** | $1,117.00 | $0.00 | | | |
| 00008 | | Cortrust Bank | **UNSECURED** | $458.00 | $0.00 | | | |
| 00009 | | DISCOVER FINANCIAL SERVICES | **UNSECURED** | $1,926.00 | $0.00 | | | |
| 00010 | 7901 | Drive Time Credit Company | **UNSECURED** | $5,000.00 | $0.00 | | | |
| 00011 | | FIRST NATIONAL CREDIT CA | **UNSECURED** | $585.00 | $0.00 | | | |
| 00012 | | First Premier Bank | **UNSECURED** | $381.00 | $0.00 | | | |
| 00013 | | First Premier Bank Collection | **UNSECURED** | $381.70 | $0.00 | | | |
| 00014 | | First Savings Credit Card | **UNSECURED** | $327.00 | $0.00 | | | |
| 00015 | 5296 | GRANT & WEBER | **UNSECURED** | $631.67 | $0.00 | | | |
| 00016 | 2847 | LOS ANGELES FEDERAL CREDIT UNION Filed: 10/24/16 | **UNSECURED** | $0.00 | $14,104.43 | | $0.00 | |
| 00017 | | Morgan Dental Group | **UNSECURED** | $2,450.00 | $0.00 | | | |
| 00018 | 1068 | Van Ru Credit Corporation | **UNSECURED** | $2,098.72 | $0.00 | | | |
| 00019 | 6192 | Winn Law Group-Judgement | **UNSECURED** | $6,898.09 | $0.00 | | | |
| 00021 | 4442 | CAPITAL ONE BANK (USA), N.A Filed: 04/07/16 | **UNSECURED** | $0.00 | $279.97 | | $0.00 | |
| 00022 | 7701 | AMERICAN INFOSOURCE LP Filed: 06/20/16 | **UNSECURED** | $0.00 | $598.96 | | $0.00 | |
| 00023 | 2847'14 | FRANCHISE TAX BOARD Filed: 06/30/16 | **UNSECURED** | $1,008.00 | $1,008.00 | | $0.00 | |
| 00025 | 2847 | US DEPARTMENT OF EDUCATION Filed: 08/03/16 | **UNSECURED** | $0.00 | $5,498.21 | | $0.00 | |
| 00002 | 4677 | WELLS FARGO BANK, N.A. Filed: 06/13/16 | **NON PRINCIPAL RESIDENCE** | $143,934.38 | $143,934.38 | | $0.00 | |
| TTE | | Trustee Fee | | | | | $938.00 | |

**\*Interest, late claims or other variables may affect the total amount paid to creditors.**

*If you have any questions regarding this Status Report and Notice of Intent to Pay Claims, please consult your attorney.*

Donnicus L Cook
P.O. Box 452765
Los Angeles, CA 90045-0045

# NOTICE OF INTENT TO PAY CLAIMS
## CLAIMS AND DISBURSEMENT REPORT AS OF NOVEMBER 23, 2016

You are hereby given notice that the Chapter 13 Trustee will immediately begin disbursing payments to your creditors and other parties in interest based on your confirmed chapter 13 plan and the order confirming the chapter 13 plan. **The Trustee will pay those creditors who have filed a proof of claim or those secured and priority creditors who have been provided for in your confirmed plan.**

If you believe that a creditor has filed an inaccurate or duplicate proof of claim or you believe that a creditor should not have filed a proof of claim in your case, you must file an Objection to the Proof of Claim. In order to properly prosecute an Objection to a Proof of Claim, please discuss the matter with your attorney.

### AS OF NOVEMBER 23, 2016, TOTAL DISBURSEMENTS PAID TO CREDITORS ARE $938.00

| Claim # | Acct # | Creditor | Claim Type | Scheduled Debt | Proof of Claim | Int. Rate | Principal Paid | Int.t Paid |
|---|---|---|---|---|---|---|---|---|
| DREF | | Donnicus L Cook | | | | | $0.00 | |
| ATTY | | LAW OFFICES OF VERNON R. YANCY | **ATTORNEY FEE** | $2,750.00 | $2,750.00 | | $0.00 | |
| 00001 | 2847'09- | INTERNAL REVENUE SERVICE Filed: 03/11/16 | **PRIORITY - TAXES** | $85,272.60 | $85,272.60 | | $0.00 | |
| 00024 | 2847'14 | FRANCHISE TAX BOARD Filed: 06/30/16 | **PRIORITY - TAXES** | $2,042.00 | $2,042.00 | | $0.00 | |
| 00020 | 2847'09 | INTERNAL REVENUE SERVICE Filed: 03/11/16 | **SECURED CLASS 3** | $7,301.96 | $7,301.96 | 3.00% | $0.00 | |
| 00003 | N/A | Elite Loan Servicing | **SECURED OMITTED CREDITOR** | $0.00 | $0.00 | | | |
| 00004 | 9335 | REGIONS MORTGAGE, INC Filed: 06/30/16 | **SECURED OMITTED CREDITOR** | $0.00 | $0.00 | | | |
| 00005 | 4726 | SANTANDER CONSUMER USA INC. Filed: 03/01/16 | **SECURED OMITTED CREDITOR** | $0.00 | $0.00 | | | |
| 00006 | 2847'09- | INTERNAL REVENUE SERVICE Filed: 03/11/16 | **UNSECURED** | $2,900.25 | $72.00 | | $0.00 | |
| 00007 | | Chase Bank USA | **UNSECURED** | $1,117.00 | $0.00 | | | |
| 00008 | | Cortrust Bank | **UNSECURED** | $458.00 | $0.00 | | | |
| 00009 | | DISCOVER FINANCIAL SERVICES | **UNSECURED** | $1,926.00 | $0.00 | | | |
| 00010 | 7901 | Drive Time Credit Company | **UNSECURED** | $5,000.00 | $0.00 | | | |
| 00011 | | FIRST NATIONAL CREDIT CA | **UNSECURED** | $585.00 | $0.00 | | | |
| 00012 | | First Premier Bank | **UNSECURED** | $381.00 | $0.00 | | | |
| 00013 | | First Premier Bank Collection | **UNSECURED** | $381.70 | $0.00 | | | |
| 00014 | | First Savings Credit Card | **UNSECURED** | $327.00 | $0.00 | | | |
| 00015 | 5296 | GRANT & WEBER | **UNSECURED** | $631.67 | $0.00 | | | |
| 00016 | 2847 | LOS ANGELES FEDERAL CREDIT UNION Filed: 10/24/16 | **UNSECURED** | $0.00 | $14,104.43 | | $0.00 | |
| 00017 | | Morgan Dental Group | **UNSECURED** | $2,450.00 | $0.00 | | | |
| 00018 | 1068 | Van Ru Credit Corporation | **UNSECURED** | $2,098.72 | $0.00 | | | |
| 00019 | 6192 | Winn Law Group-Judgement | **UNSECURED** | $6,898.09 | $0.00 | | | |
| 00021 | 4442 | CAPITAL ONE BANK (USA), N.A Filed: 04/07/16 | **UNSECURED** | $0.00 | $279.97 | | $0.00 | |
| 00022 | 7701 | AMERICAN INFOSOURCE LP Filed: 06/20/16 | **UNSECURED** | $0.00 | $598.96 | | $0.00 | |
| 00023 | 2847'14 | FRANCHISE TAX BOARD Filed: 06/30/16 | **UNSECURED** | $1,008.00 | $1,008.00 | | $0.00 | |
| 00025 | 2847 | US DEPARTMENT OF EDUCATION Filed: 08/03/16 | **UNSECURED** | $0.00 | $5,498.21 | | $0.00 | |
| 00002 | 4677 | WELLS FARGO BANK, N.A. Filed: 06/13/16 | **NON PRINCIPAL RESIDENCE** | $143,934.38 | $143,934.38 | | $0.00 | |
| TTE | | Trustee Fee | | | | | $938.00 | |

**\*Interest, late claims or other variables may affect the total amount paid to creditors.**

*If you have any questions regarding this Status Report and Notice of Intent to Pay Claims, please consult your attorney.*