Vernon R. Yancy (SBN 219891)
Law Offices of Vernon R. Yancy
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Telephone (213) 480-0200
Facsimile (213) 388-2411
Email: Yancylaw@sbcglobal.net
Attorney for Debtors

**FILED & ENTERED**

**APR 06 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** sumlin    **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

CHANGES MADE BY COURT

| | |
|---|---|
| IN RE:<br><br>**DONNICUS L. COOK**<br><br>　　　　Debtor. | ) Chapter 13<br>) Case No. **2:16-bk-12224-NB**<br>)<br>) ORDER ON DEBTOR'S MOTION FOR AN<br>) ORDER (1) APPROVING SALE OF REAL<br>) PROPERTY (4936 ANGELES VISTA<br>) BLVD., LOS ANGELES, CALIFORNIA<br>) 90043) FREE AND CLEAR OF ALL LIENS,<br>) CLAIMS, AND ENCUMBRANCES; (2)<br>) APPROVING OVERBID PROCEDURES IN<br>) CONNECTION WITH PROPOSED SALE;<br>) (3) AUTHORIZING EMPLOYMENT OF<br>) BROKER AND PAYMENT OF FEES; (4)<br>) APPROVING DISBURSEMENTS OF<br>) FUNDS<br>)<br>)<br>) Date: March 20, 2018<br>) Time: 2:00 p.m.<br>) Place: 255 E. Temple Street<br>)　　　　Los Angeles, CA 90012<br>)<br>)<br>)<br>) |

　　　　On January 19, 2018, a motion was filed by DONNICUS L. COOK, Debtor, Docket 102, titled Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f).

On February 6, 2018, an amended motion was filed by Debtor, Docket 105, titled ORDER (1)

APPROVING SALE OF REAL PROPERTY (4936 ANGELES VISTA BLVD., LOS ANGELES, CALIFORNIA 90043) FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES; (2) APPROVING OVERBID PROCEDURES IN CONNECTION WITH PROPOSED SALE; (3) AUTHORIZING EMPLOYMENT OF BROKER AND PAYMENT OF FEES; (4) APPROVING DISBURSEMENTS OF FUNDS ("Motion").

On March 10, 2018, Notice of Hearing on Second Amended Motion, pursuant to LBR 9013-1, was served on all players and parties in interest and filed with the Court, Docket 113.

On December 27, 2017, Response and Conditional Non-Opposition ("Conditional Non-Opposition") to Motion was filed by Creditor Wells Fargo Bank, N.A., Secured Creditor, Docket 96.

On February 2, 2018, Opposition to Motion ("Opposition") was filed by the United States of America on behalf of the Internal Revenue Service, Secured Creditor, Docket 103.

Appearances are stated in the court record.

The Court having considered the Motion, Conditional Non-Opposition, Opposition, <u>the Buyer's Good Faith Declaration (dkt. 116),</u> the documentary evidence and testimonies at the hearing in support thereof an appearing from the record that the proper Notice of the Motion has been given, IT IS HEREBY ORDERED THAT MOTION IS GRANTED ON THE FOLLOWING CONDITIONS:

A.    Authorizing the sale of the real property ("Property"), which is the principal residence of Debtor, DONNICUS L. COOK, A SINGLE MAN, AS HIS SOLE PROPERTY, located at:

**4936 ANGELES VISTA BLVD., LOS ANGELES, CA 90043**

Legal Description (including county of recording):

THE LAND REFERRED TO HEREIN IS SITUATED IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

LOT 525 OF <u>TRACT NO. 5535</u>, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 83, PAGES 9 AND 10 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

APN NUMBER: 5013-003-019

     B.     Authorizing Debtor to sell the Property to Mark Franks ("Buyer"), for $950,000.00, pursuant to the terms and conditions as set forth in the Residential Purchase Agreement and Joint Escrow Instructions attached to the Motion as Exhibit "B" and any subsequent amendments or addendum thereto;

     C.     Authorizing Debtor to sign any and all documents necessary pursuant to the sale as set forth above, including but not limited to, any and all conveyances contemplated by the California Residential Purchase Agreement and Joint Escrow Instructions attached to the Motion as Exhibit "B" and any subsequent amendments to the addendum's thereto;

     D.     Approving the sale of the Property free and clear of all liens, claims, and encumbrances, with such liens, claims and encumbrances to be paid from the proceeds of sale after the cost of sale in accordance with the Estimated Closing Statement attached to the Motion as Exhibit "C" in any subsequent amendments or addendum's thereto, and pursuant to the consent of parties having any liens, claims or encumbrances in the Property under 11 U.S.C. § 363(f)(2);

     E.     Authorizing and approving bidding, overbidding, and sales procedures under LBR are 6004-1 in connection with the proposed sale of the Property and finding that there was no bidders present, hence authorizing the sale to the Buyer;

F.     Authorizing escrow to pay in the following sequences (1) all customary closing costs and the pro-rated portion, if any, of the real property taxes, including brokers' commission as set forth in estimated Closing Statement, a copy of which is attached in the Motion as Exhibit "C", or any final updated Closing Statements reflecting the figures as of the actual sales date; (2) the secured obligation of Wells Fargo Bank, N.A., senior lienholder, wherein upon the upon sale of the subject property, either Wells Fargo will be paid in full subject to a proper payoff quote, or that any sale short of full payoff will be subject to Wells Fargo final approval; (3) the secured obligation of Internal Revenue Service, tax lienholder, from the remaining proceeds of sale, but not exceeding Internal Revenue Service's claim, wherein the Internal Revenue Service liens attach to the proceeds of sale to the extent payable therefrom, any remaining balance to be paid through the chapter 13 plan; (4) if any funds are left after payment to Internal Revenue Service, Debtor will receive up to $10,000.00 for moving expenses; and (5) the remaining balance to be paid to the Chapter 13 Trustee for the bankruptcy estate;

G.     Ordering that the payments of the proceeds of sale on Wells Fargo Bank, N.A. and Internal Revenue liens, claims, and encumbrances, as stated in paragraph "F" of this Order, or in the amounts as amended thereafter, constitute payments IN FULL on all of their secured claims on the Property if paid in full, Wells Fargo and Internal Revenue shall NOT have any further recourse against the Property or Debtor;

H.     Authorizing employment of brokers for the Debtor and payment of the respective fees for the brokers for the Debtor and Buyer as requested in the Motion.

I.     Authorizing the Debtor to take whatever action is necessary to execute any documents needed to effectuate the sale of the Property;

J.     Determining that the Buyer is a "buyer in good faith" pursuant to 11 U.S.C §

363(m);

and

K.    Waiving the fourteen (14) day stay prescribed by Rule 6004(h) of the Federal Rules of Bankruptcy Procedure.

###

Date: April 6, 2018

*Neil W. Bason*
Neil W. Bason
United States Bankruptcy Judge