| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **KATHY A. DOCKERY**<br>**CHAPTER 13 TRUSTEE**<br>**801 S. FIGUEROA ST., SUITE 1850**<br>**LOS ANGELES, CA 90017**<br>**PHONE: (213) 996-4400**<br>**FAX: (213) 996-4426**<br><br>Chapter 13 Trustee | |

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br>DONNICUS L COOK<br><br><br>Debtor(s). | CASE NO.: LA16-12224-NB<br>CHAPTER: 13<br><br>**TRUSTEE'S COMMENTS OR OBJECTION**<br><br>[No Hearing Required] |
|---|---|

## TRUSTEE'S COMMENTS ON OR OBJECTION TO:

☐ DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS
☐ DEBTOR'S MOTION FOR AUTHORITY TO INCUR DEBT
☐ DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY
☐ DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY
☒ OTHER: APPLICATION OF ATTORNEY FOR DEBTOR FOR ALLOWANCE OF FEES

The undersigned Chapter 13 trustee, having reviewed Debtor's motion filed on ___7/21/18___ as docket entry number ___131___, recommends:

☐ APPROVAL

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

☐ APPROVAL on the following conditions:

☐ See attached sheet.

☐ DISAPPROVAL for the following reasons:

☐ See attached sheet.

■ Set for hearing.

Date: 8/1/2018

_____
Chapter 13 trustee

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 2                    F 3015-1.13.TRUSTEE.COMMENT.GENRL

# TRUSTEE COMMENTS ON OR OBJECTIONS TO

**Compensation (motion)**  Court Document Number: **131**
Filed Date: **7/21/18**

**Donnicus L Cook**    LA16-12224-NB

<u>**ATTORNEY: LAW OFFICES OF VERNON R. YANCY**</u>

## Attorney Fees

1. The Trustee is holding funds in the amount $1,212.78 which were sent to the Trustee by New Era Escrow. Debtor's counsel has filed a fee application for $9,740.46.  Whether or not this amount is approved in its entirety or some lesser amount, the Trustee only has $1,212.78 on hand with which to pay any fee application.  However, the IRS has also made an informal claim against these funds by sending the Trustee correspondence indicating that these funds should have been paid to the IRS to satisfy its lien.  Therefore, the Trustee seeks clarification and instruction from the Court with regard to the appropriate disposition of these funds.

2. The Trustee requests that a hearing be set on the Court's next available Chapter 13 calendar, Aug. 30, 2018 at 8:30 am.

3. On or about May 11, 2018 the Chapter 13 Trustee received a payment of $1,318.24 from New Era Escrow from the sale of 4936 Angeles Vista Blvd., View Park CA 90043.  These funds were not sent to the Trustee pursuant to any request or demand from the Trustee. The Trustee's statutory fee in the amount of $105.46 was automatically deducted from this payment.  On July 11, 2018 a dismissal order was entered in this case.  The IRS has sent the Trustee correspondence indicating that these funds belong to the IRS since the IRS lien attached to the proceeds of sale pursuant to this Court's Order entered on 4/6/2018. (Dkt. # 119). Debtor's counsel has now filed an Application of Attorney for Debtor for Allowance of Fees and Expenses Following Dismissal or Conversion of Chapter 13 Case.  The application is not timely under LBR 3015(q)(6)(A) which requires such an application to be fild within 14 days of dismissal. Nevertheless, since the Trustee has actual notice of competing claims against the funds by the debtor's attorney and the IRS the Trustee requests that this application be set for a hearing.

| In re: **DONNICUS L COOK** | | CHAPTER: 13 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: **2:16-bk-12224-NB** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA 90017

A true and correct copy of the foregoing document described as "**TRUSTEE COMMENTS ON OR OBJECTION TO MOTION**", will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On, 8/1/2018 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/1/2018 | Lilian Roldan | *Lilian Roldan* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re: **DONNICUS L COOK** | | CHAPTER: 13 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: **2:16-bk-12224-NB** |

## Service List

Donnicus L Cook
P.O. Box 452765
Los Angeles, CA 90045-0045

LAW OFFICES OF VERNON R. YANCY
3250 WILSHIRE BLVD
SUITE 1500
LOS ANGELES, CA 90010

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**